UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-7345-GW-PDx | Date | November 17, 2022 |
|---|---|---|---|
| Title | *Carolyn Petersen v. Delta Air Lines, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On November 15, 2022, Plaintiff Carolyn Petersen filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed by December 27, 2022. The Court now sets an order to show re: settlement hearing for January 5, 2023 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on December 27, 2022.

| | : | |
|---|---|---|
| | Initials of Preparer | JG |