JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN PETERSEN, | Case No. CV 22-7345-GW-KSx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| DELTA AIR LINES, INC., et al., | |
| Defendants. | |

    Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

    IT IS SO ORDERED.

Dated: December 13, 2022

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE